WEISSMANN, WOLFF, BERGMAN,
 COLEMAN, GRODIN & EVALL, LLP
Michael Bergman (SBN 37797)
Steven Glaser (SBN 120577)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard
Ninth Floor
Beverly Hills, California  90212
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191
mbergman@wwllp.com
sglaser@wwllp.com
ahagen@wwllp.com

Attorneys for Plaintiffs

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS and TIME WARNER ENTERTAINMENT COMPANY, L.P.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAY OHRBERG, an individual doing business as JAY OHRBERG STAR CARS; JAY OHRBERG STAR CARS, a corporation; and DOES I-X, inclusive<br><br>　　　　　Defendants. | Case No. CV93-5357 SVW (bx)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT JAY OHRBERG SHOULD NOT BE HELD IN CONTEMPT OF COURT<br><br>Date: March 4, 2009<br>Time: 1:30 pm<br>Ctrm: 6 |

Pursuant to the parties' stipulation,

1. The Plaintiffs' Motion For Order To Show Cause Why Defendant Jay Ohrberg Should Not Be Held In Contempt Of Court is granted.

2. Additionally, the hearing on the Order To Show Cause is advanced to

1
[PROPOSED] ORDER

345732

March 4, 2009 and, Ohrberg having waived his right to show cause, the following contempt order is issued:

> Ohrberg shall deliver the molds for the 1989/1992 Batmobile, and any and all other molds for Batman vehicles in Ohrberg's possession, custody or control, to Warner at the location where the seized property is being stored, within 10 days of the date of this order. If Ohrberg fails to comply within the 10 day deadline, he shall be fined $15,000, and $1,000 for each day after the deadline until he complies. If Ohrberg does not comply within 30 days, Warner may seek, on an *ex parte* basis, an order for Ohrberg's arrest and imprisonment until he complies.

It is so ordered.

Dated: March 3, 2009

_____
STEPHEN V. WILSON
Judge of the United States District Court